AO 247 (Rev. 08/14) ALSD  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

# UNITED STATES DISTRICT COURT
for the

Southern District of Alabama

| United States of America | ) | | |
|---|---|---|---|
| v. | ) | | |
| NOLAN KENDRICK BOYINGTON | ) | Case No: | 11-00270-005 |
| | ) | USM No: | 12316-003 |
| Date of Original Judgment: June 21, 2012 | ) | | |
| Date of Previous Amended Judgment: | ) | Pro Se | |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* | |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __121__ months **is reduced to** __97 months__.

**ADDITIONAL COMMENTS**




Except as otherwise provided, all provisions of the judgment dated __June 21, 2012__ shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  March 11, 2015

Callie V.S. Granade
U.S. District Judge
*Digitally signed by Callie V.S. Granade U.S. District Judge
Date: 2015.03.11 08:24:08 -06'00'*
*Judge's signature*

Effective Date:  November 1, 2015
*(if different from order date)*

United States District Judge
*Printed name and title*